# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 12, 2022

Lyle W. Cayce
Clerk

No. 22-10106
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Carlos Horne,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CR-125-1

Before Stewart, Duncan, and Wilson, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Carlos Horne
has moved for leave to withdraw and has filed a brief in accordance with
*Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d
229 (5th Cir. 2011). Horne has not filed a response. We have reviewed

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5th Circuit Rule 47.5.4.

No. 22-10106

counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.